UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS,<br><br>      Plaintiff,<br><br>v.<br><br>BAO WONG, et al.,<br><br>      Defendants. | Case No. 22-cv-08663-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a state prisoner, filed a pro se civil rights action. Court records indicate that plaintiff already proceeds with a case in this Court concerning similar claims. *See Hicks v. Dr. Yeah*, Case No. 22-cv-6865 JD. This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). Plaintiff should proceed with all of his claims in the earlier filed case.

For the foregoing reasons, this case is **DISMISSED** as duplicative. The pending motion (Dkt. No. 2) is **VACATED**. No fee is due. The Clerk is requested to close this case.

**IT IS SO ORDERED.**

Dated: December 16, 2022

JAMES DONATO
United States District Judge